## Nathan Kanter, Defendant in Error, v. Abraham Finkelstein, Plaintiff in Error.

### Gen. No. 18,270.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN R. NEW-COMER, Judge, presiding. Heard in this court at the March term, 1912. Affirmed. Opinion filed November 24, 1913.

### Statement of the Case.

Action by Nathan Kanter against Abraham Finklestein to recover for goods sold and delivered. From a judgment for plaintiff for $448.52, defendant brings error.

B. M. SHAFFNER, for plaintiff in error.

No appearance for defendant in error.

MR. JUSTICE BROWN delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1749*—*affirmance in absence of error.* Where the only question in an action for goods sold and delivered is one of fact, a judgment will be affirmed where no error appears.

